UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PRINCESS JASHODA RAGHUNATH,

              Plaintiff,                              **ORDER**
                                                        14-cv-4218 (LDH)(LB)

    -against-

STATE OF NEW YORK, *et al.*,

              Defendants.
-----------------------------------------------------------------x
LaShann DeArcy Hall, United States District Judge:

On April 19, 2016, United States Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court dismiss the instant action with prejudice for failure to prosecute and for failure to comply with the Court's orders pursuant to Rules 16(f), 37(b)(2)(A)(v), and 41(b) of the Federal Rules of Civil Procedure. The parties were given until May 6, 2016 to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Bloom's Report and Recommendation in its entirety as the opinion of this Court. The Clerk of the Court is directed to enter judgment in accordance with this order and close the case.

Dated: July 15, 2016                                              SO ORDERED:
       Brooklyn, New York

                                                               s/ LaShann DeArcy Hall
                                                              LaShann DeArcy Hall
                                                              United States District Judge